IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

L.R.,

    *Plaintiff*,

v.                                         CASE NO.: 4:19cv137-MW/MAF

LEON COUNTY SCHOOL
DISTRICT,

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 40. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Leon County School District's Motion for Summary Judgment, ECF No. 32, is **GRANTED**, and Plaintiff L.R.'s Motion for Summary Judgment, ECF No. 31, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendant are dismissed."

The Clerk shall also close the file.

**SO ORDERED on October 3, 2020.**

            **s/Mark E. Walker   **
            **Chief United States District Judge**